**MANDATE**

S.D.N.Y.
07-cv-4570
Wood, C.J.

# United States Court of Appeals
### FOR THE
### SECOND CIRCUIT

---

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 15th day of August, two thousand seven,

Present:

> Hon. Reena Raggi,
> Hon. Peter W. Hall,
> Hon. Debra Ann Livingston,
> *Circuit Judges.*



FILED
AUG 15 2007
Catherine O'Hagan Wolfe, Clerk

---

Prince Backman,

*Petitioner,*

v.                                      07-2498-op

H. Graham,

*Respondent.*

---

Petitioner, *pro se*, moves for an order authorizing the United States District Court for the Southern District of New York to consider a second or successive 28 U.S.C. § 2254 petition. Upon due consideration, it is hereby ORDERED that the motion is DENIED for failure to meet the requirements of 28 U.S.C. § 2244(b).

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk

By: *Lucille Carr*

A TRUE COPY
Catherine O'Hagan Wolfe, Clerk

by *Yolanda Suders*
Deputy Clerk

SAO JS

AUG 15 2007

Issued as Mandate:

SEP 24 2007

S.D.N.Y.
07-cv-4570
Wood, C.J.

# United States Court of Appeals
### FOR THE
### SECOND CIRCUIT

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 15th day of August, two thousand seven,

Present:

    Hon. Reena Raggi,
    Hon. Peter W. Hall,
    Hon. Debra Ann Livingston,
                *Circuit Judges.*



Prince Backman,

                *Petitioner,*

            v.                                    07-2498-op

H. Graham,

                *Respondent.*

Petitioner, *pro se*, moves for an order authorizing the United States District Court for the Southern District of New York to consider a second or successive 28 U.S.C. § 2254 petition. Upon due consideration, it is hereby ORDERED that the motion is DENIED for failure to meet the requirements of 28 U.S.C. § 2244(b).

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk

By: *Lucille Carr*

THE MANDATE, CONSISTING OF
ITEMS BELOW, HAS BEEN RECEIVED
( ) OPINION ( ) STATEMENT OF COSTS
( ) ORDER

RECEIVED BY:_____ DATE_____

SAO JS

AUG 1 5 2007